OPINION — AG — **** STATE COLLECTIVE BARGAINING LAWS PREVAIL OVER SIMILAR CITY PROVISIONS **** THE FIREFIGHTER'S AND POLICEMEN'S ARBITRATION LAW, 11 O.S. 1971 548.1 [11-548.1] THROUGH 548.14 TAKE PRECEDENCE OVER ANY CITY CHARTER WHICH IN ANY MANNER IS IN CONFLICT WITH THE PROVISIONS OF SAID FIREFIGHTER'S AND POLICEMEN'S ARBITRATION LAW. CITE: 11 O.S. 1971 564 [11-564], ARTICLE XVIII, SECTION 3(A) (ODIE NANCE)